# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JOHNNY E. BRINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV411-254 |
| OFFICER RUBEN COLON, *SCMPD*, | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated October 13, 2011, the Court granted plaintiff's motion to proceed *in forma pauperis* and directed him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 4.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not complied with the conditions of the Court's order, so his case should be **DISMISSED**.[1]

**SO REPORTED AND RECOMMENDED** this  5th  day of December, 2011.

*/s/ G. R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Since this case is due to be dismissed due to Brinson's non-compliance, his motion for appointment of counsel (doc. 3) is also **DENIED**.