IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHNNY E. BRINSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-254
)
OFFICER RUBEN COLON, SCMPD, )
)
    Defendant. )
)

O R D E R

After a careful de novo review of the record in this case, the Court **DECLINES TO ADOPT** the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 8). Plaintiff's objections noted that he never received a Prisoner Trust Fund Account Statement or Consent to Collection of Fees from Trust Account forms. (Id. at 1) Accordingly, the Clerk is **DIRECTED** to mail Plaintiff those forms. Plaintiff **SHALL** have until February 20, 2012 to complete and return the forms to the Court. Plaintiff is **WARNED** that failure to return the forms by this date will result in dismissal of his case.

SO ORDERED this 20th day of January 2012.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA