IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHNNY E. BRINSON,          )
                            )
        Plaintiff,          )
                            )
v.                          )    CASE NO. CV411-254
                            )
OFFICER RUBEN COLON, SCMPD, )
                            )
        Defendant.          )
_____)

## O R D E R

After a careful de novo review of the record in this case, the Court **DECLINES TO ADOPT** the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 8). Plaintiff's objections noted that he never received a Prisoner Trust Fund Account Statement or Consent to Collection of Fees from Trust Account forms. (Id. at 1) Accordingly, the Clerk is **DIRECTED** to mail Plaintiff those forms. Plaintiff **SHALL** have until February 20, 2012 to complete and return the forms to the Court. Plaintiff is **WARNED** that failure to return the forms by this date will result in dismissal of his case.

SO ORDERED this 20th day of January 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA